914

No. 942. WASHINGTON *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Joseph Sitnick* and *William R. Lichtenberg* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 958. CAMPBELL *v.* SOUTH CAROLINA. Supreme Court of South Carolina. Certiorari denied. *Nicholas J. Chase* for petitioner. *T. C. Callison,* Attorney General of South Carolina, and *James S. Verner,* Assistant Attorney General, for respondent.

No. 974. UNION PAVING Co. *v.* DOWNER CORPORATION. District Court of Appeal of California, Third Appellate District. Certiorari denied. *Henry C. Clausen* for petitioner. *Forrest E. Macomber* for respondent.

No. 683, Misc. COLES *v.* SMITHER & Co., INC. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Wm. Edison Owen* for petitioner. *Charles E. Pledger, Jr.* and *Randolph C. Richardson* for respondent.

No. 693, Misc. KITCHIN *v.* MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 728, Misc. SEFTON *v.* NEVADA. Supreme Court of Nevada. Certiorari denied. *Toy R. Gregory* for petitioner.